Manuel H. Miller, Esq.  (SBN 36947)
LAW OFFICE OF MANUEL H. MILLER
A Professional Corporation
20750 Ventura Boulevard, Suite 440
Woodland Hills, CA  91364
Tel:  (818) 710-9993
Fax: (818)  710-1938

Attorneys for Defendant
JAVIER GARCIA-CASTANEDA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER GARCIA-CASTANEDA<br><br>Defendant. | Case No.:  1:16-cr-00145-LJO-SKO<br><br>STIPULATION TO CONTINUE DETENTION HEARING; ORDER THEREON<br><br>(First Request)<br><br>**Current Sentencing Hearing Date**<br><br>Date:  November 14, 2016<br>Time:  2:00 p.m.<br>Courtroom 10<br><br>**New Sentencing Hearing Date**<br><br>Date:  December 19, 2016<br>Time:  2:00 p.m.<br>Courtroom 10<br>(*Hon. Erica P. Grosjean*) |

IT IS HEREBY STIPULATED by and between KAREN ESCOBAR, Assistant United States Attorney, counsel for the United States of America and MANUEL H. MILLER, Esq., counsel for Defendant JAVIER GARCIA-CASTANEDA, that the Detention Hearing currently scheduled for November 14,

1

2016 be continued to December 19, 2016 at 2:00 p.m. in Courtroom 10 before the Honorable Erica P. Grosjean.  Counsel for Defendant represents that the continued hearing date of December 19, 2016 has been previously cleared with the Court.

This Stipulation is entered into for the following reasons:

1.  That parties require more time to discuss a revised plea offer, with counsel for Defendant requiring additional time to confer with Defendant, who is currently incarcerated in the Lerdo Detention Center in Kern County.

2.  That the Defendant JAVIER GARCIA-CASTANEDA is in custody and does not object to the continuance.

3.  This is the first request for a continuance of this supplemental Detention Hearing in this case.

RESPECTFULLY SUBMITTED this 10th day of November, 2016

LAW OFFICE OF MANUEL H. MILLER
A Professional Corporation

By:    /s/ *Manuel H. Miller*
       MANUEL H. MILLER, Esq.
       Attorneys for Defendant
       JAVIER GARCIA-CASTANEDA


UNITED STATES ATTORNEY

By:    */s/ KAREN ESCOBAR*
       KAREN ESCOBAR, AUSA
       Attorney for Plaintiff

# ORDER

Based upon the Stipulation of the parties and GOOD CAUSE APPEARING THERETO:

IT IS HEREBY ORDERED that the Detention Hearing of Defendant JAVIER GARCIA-CASTANEDA currently scheduled for November 14, 2016 at 2:00 p.m. be continued to December 19, 2016 at 2:00 p.m. in the above-noted Federal Courthouse in Courtroom 10.

IT IS SO ORDERED.

Dated:   **November 10, 2016**           /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE